## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**BERRY OKINAWA RUSSELL,**

     **Plaintiff,**

**v.**                                                                   **CASE NO. 4:05-cv-00055-MP-AK**

**T BOWDEN,**
**STEPHEN S BRUNT,**
**JAMES V CROSBY,**
**C GRIFFIS,**
**J PERKINS,**
**R POLK,**

     **Defendants.**
_____/

## O R D E R

This matter is before the Court on Plaintiff's Motion to Dismiss, or in the

alternative for Default Judgment (doc. 6), and Plaintiff's Motion for Objections.  (Doc. 7).

Having considered said motions, the Court is of the opinion that they should be

**DENIED**.  Plaintiff has not yet filed a viable complaint for consideration and service

upon the Defendants such that any default or oral argument on his case is premature.

     **DONE AND ORDERED** at Gainesville, Florida, this **30**th   day of June, 2005.

     **s/ A. KORNBLUM**
     **ALLAN KORNBLUM**
     **UNITED STATES MAGISTRATE JUDGE**