**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**BERRY RUSSELL,**

    **Plaintiff,**

**vs.**                                             **CASE NO. 4:05CV55-MMP/AK**

**JAMES V. CROSBY, et al,**

    **Defendants.**

    _____/

**REPORT AND RECOMMENDATION**

By Order dated June 28, 2005, Plaintiff was ordered to file an amended complaint because the original complaint was not on the proper forms, was not factually specific, and failed to state a claim.  (Doc. 5).  Plaintiff was ordered to file the amended complaint on the proper forms on or before July 22, 2005.  (Doc. 5).  In an order dated September 1, 2005, Plaintiff was ordered to show cause why his case should not be dismissed for failure to submit the amended complaint, and he was ordered to show cause on or before September 19, 2005.  (Doc. 10).  Plaintiff was specifically warned that a recommendation would be made that this case be dismissed if there was a failure to comply with that order.  (Doc. 10).  As of this date there has been no response.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has failed to comply with two orders of this Court and at present there is no viable complaint before the Court. Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this **29th** day of September, 2005.

       **s/ A. KORNBLUM**
       **ALLAN KORNBLUM**
       **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**